IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT ALLAN JOHNSON,

   *Plaintiff*,

v.                                     Case No.: 4:22cv64-MW/MJF

J SHULER, et al.,

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 29. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 29, is **accepted and adopted** as this Court's opinion. Defendants' motions to dismiss, ECF Nos. 20 & 27, are **DENIED**. This case is remanded to the Magistrate Judge for further proceedings on Plaintiff's claims.

**SO ORDERED** on December 19, 2022.

                                                   s/Mark E. Walker_____
                                                   **Chief United States District Judge**